STATE OF CONNECTICUT *v.* DESMOND WHYTE
(10619)

DUPONT, C. J., FOTI and HEIMAN, Js.

Argued March 26—decision released April 20, 1993

*Mary Hadden* and *Earl I. Williams,* for the appellant (defendant).

*David J. Sheldon,* deputy assistant state's attorney, with whom, on the brief, were *Donald A. Browne,* state's attorney, and *Kevin Dunn,* deputy assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.